RICK D. ROSKELLEY, ESQ., Bar # 3192
JAMES T. WINKLER, ESQ., Bar # 6536
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811

Attorneys for Plaintiff
Painting and Decorating Contractors of America Southern Nevada Chapter

DAVID A. ROSENFELD, ESQ.
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, #200
Alameda, California 94501

CYNTHIA CONNORS, ESQ.
830 Carnegie Street, #1012
Henderson, Nevada 89052

Attorneys for Defendant
International Union of Painters and Allied Trades District Council 15 Local Union 159

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Painting and Decorating Contractors of America Southern Nevada Chapter,<br><br>Plaintiff,<br><br>vs.<br><br>International Union of Painters and Allied Trades District Council 15 Local Union 159,<br><br>Defendant. | Case No. CV-01271-LRH-LRL<br><br>**STIPULATION TO EXTEND TIME PERIOD TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO EXHAUST NON-JUDICIAL REMEDY AND MOTION TO COMPEL ARBITRATION (FIRST REQUEST)** |

Plaintiff Painting and Decorating Contractors of America Southern Nevada Chapter, and Defendant International Union of Painters and Allied Trades District Council 15 Local Union 159, by and through their respective counsel of record, hereby agree and stipulate to extend the time period for plaintiff to respond to Defendant's Motion to Dismiss Complaint for Failure to Exhaust Non-Judicial Remedy and Motion to Compel Arbitration through and including April 28, 2008.

Firmwide:84900785.1 057424.1001

This is plaintiff's first request for an extension. This extension is not sought for purposes of delay.

Dated: April 14, 2008

                              Respectfully submitted,

                              */s/ Rick D. Roskelley*
                              RICK D. ROSKELLEY, ESQ.
                              LITTLER MENDELSON

                              Attorneys for Plaintiff
                              Painting and Decorating Contractors of America
                              Southern Nevada Chapter


                              _____
                              DAVID A. ROSENFELD, ESQ.
                              WEINBERG, ROGER & ROSENFELD


                              _____
                              CYNTHIA CONNORS, Esq.

                              Attorneys for Defendant
                              International Union of Painters and Allied Trades
                              District Council 15 Local Union 159

2.

Firmwide:84900785.1 057424.1001

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is plaintiff's first request for an extension. This extension is not sought for purposes of delay.

Dated: April ___, 2008

Respectfully submitted,

_____
RICK D. ROSKELLEY, ESQ.
LITTLER MENDELSON

Attorneys for Plaintiff
Painting and Decorating Contractors of America
Southern Nevada Chapter

_____
DAVID A. ROSENFELD, ESQ.
WEINBERG, ROGER & ROSENFELD

_____
CYNTHIA CONNORS, Esq.

Attorneys for Defendant
International Union of Painters and Allied Trades
District Council 15 Local Union 159

**ORDER**

IT IS SO ORDERED.

DATED this 15th day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Firmwide:84900785.1 057424.1001

2.